Cora T. Osterhout *vs.* Edwin B. Latham et al.

* Third Judicial District, New Haven, June Term, 1917.
Prentice, C. J., Roraback, Wheeler, Beach and Shumway, Js.

*Swanson* v: *Latham, ante,* p. 87, reaffirmed and followed.

Argued June 12th—decided July 6th, 1917.

Appeal by the defendants from the finding and

* Transferred from first judicial district.

award of the Compensation Commissioner of the second district in favor of the plaintiff, taken to the Superior Court in Tolland County, from which the cause was transferred by agreement of the parties to the Superior Court in Hartford County, and reserved by that court, *Gager, J.*, upon the finding of the Commissioner and the evidence before him, for the advice of this court. *Superior Court advised to dismiss the defendants' appeal.*

*Warren B. Johnson* and *Leonard J. Collins*, for the appellants (defendants).

*William A. King* and *Samuel B. Harvey*, for the appellee (plaintiff).

WHEELER, J. The facts are identical with the companion case, *Swanson* v. *Latham et al.*

The decedent, Osterhout, was an employee of the defendants, and the contract of employment with him was the same as with Swanson. He stood in a dual relation to Latham & Crane. As the owner of the automobile, he was their agent to transport, in his own automobile, Swanson and the other employees, including himself, from Willimantic to Stafford Springs and back each day, for the sum of ninety cents each day for each employee, including himself. As an employee, his contract of employment during the period of transportation did not differ in any essential from Swanson's and the other employees. So far as the facts disclose, Osterhout's case does not differ from Swanson's.

The Superior Court is advised to render its judgment dismissing the appeal.

In this opinion the other judges concurred.